# Court of Appeals
# of the State of Georgia

ATLANTA,  July 16, 2019

*The Court of Appeals hereby passes the following order:*

## A19A2303.  ROHAN DAVIS v. JOHN GREEN et al.

John Green and Xinrong Green (collectively, the "Plaintiffs") originally filed this action in magistrate court, seeking unpaid rent and possession of the premises. The action was subsequently transferred to state court after Rohan Davis (the "Defendant") filed a counterclaim for constructive eviction seeking damages in excess of the jurisdictional limit of magistrate court. On March 22, 2019, the state court granted the Plaintiffs' motion for summary judgment on their claims, as well as against the Defendant's counterclaim. The Defendant filed the instant appeal on April 19, 2019. We, however, lack jurisdiction.

Generally, a notice of appeal must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-38 (a). The underlying subject matter of an appeal, however, controls over the relief sought in determining the proper appellate procedure. See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). The underlying subject matter here is a dispossessory judgment. Under OCGA § 44-7-56, appeals in dispossessory actions must be filed within seven days of the date the judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. Id. at 523. Here, the Defendant's notice of appeal is untimely, as it was filed 28 days after entry of the judgment to be appealed.

Accordingly, the Defendant's appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   07/16/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*